**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ANTHONY HICKS                                                                                          PLAINTIFF
ADC #97307

V.                                          NO: 2:11CV00085 JMM/HDY

WENDY KELLEY *et al.*                                                                               DEFENDANTS

## ORDER

On June 6, 2011, Plaintiff filed what has been docketed as a demand for a jury trial, which also included a motion to amend his complaint pursuant to a Court order (docket entry #9). For good cause shown, the motion is granted, and the Clerk is directed to file the pleading as Plaintiff's amended complaint, adding as Defendants Anderson, Rectenwald, and Crowell. Construing Plaintiff's amended complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants Wendy Kelley, Gorden, Holloway, Sharon King, Tate, Harrell, Juanita Stell, Joe Hughes, Floyd, Douglas, Anderson, Rectenwald, and Crowell. Service is therefore appropriate for Defendants Wendy Kelley, Gorden, Holloway, Sharon King, Tate, Harrell, Juanita Stell, Joe Hughes, Floyd, Douglas, Anderson, Rectenwald, and Crowell, and the United States Marshal is directed to serve a copy of the amended complaint (docket entry #9), this order, and summons, upon them, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this __18__ day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE