**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ANTHONY HICKS                                                                                            PLAINTIFF
ADC #97307

V.                                    NO: 2:11CV00085 JMM/HDY

WENDY KELLEY *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed against Defendants Wendy Kelley, Gorden, Holloway, Sharon King, Tate, Harrell, Juanita Stell, Joe Hughes, Floyd, Douglas, Anderson, Rectenwald, and Crowell, with his inadequate medical care claims made in connection with his back treatment.

2. All of Plaintiff's other claims are DISMISSED WITHOUT PREJUDICE, and the names of Defendants Ray Hobbs, Larry May, Todd Ball, and Bogan, are removed as party Defendants.

DATED this 2nd day of August, 2011.

James M. Moody
UNITED STATES DISTRICT JUDGE