**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ANTHONY HICKS  PLAINTIFF
ADC #97307

V.  NO: 2:11CV00085 JMM/HDY

WENDY KELLEY *et al.*  DEFENDANTS

### ORDER

Plaintiff filed this complaint on April 28, 2011, and service was ordered. On August 5, 2011, the summons was returned unexecuted as to Defendants Holloway, Stell, and Gorden (docket entries #22-#24). Service had been attempted in the care of the Arkansas Department of Correction ("ADC"), but was returned because Holloway, Stell, and Gorden, are not ADC employees. However, they may be employed by the prison's medical contractor. Accordingly, service will be attempted in the care of counsel for the contractor.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants Holloway, Stell, and Gorden, and the United States Marshal is directed to serve a copy of the complaint and amended complaint (docket entries #2 & #18), this order, and summons, upon them, in the care of counsel for the prison's medical contractor, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this __9__ day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE