**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ANTHONY HICKS                                                                 PLAINTIFF

V.                          NO: 2:11CV00085 JMM/HDY

WENDY KELLEY *et al.*                                          DEFENDANTS

**ORDER**

Plaintiff Anthony Hicks, a former inmate who was incarcerated at the Arkansas Department of Correction's East Arkansas Regional Unit, filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on April 28, 2011, and he was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (docket entry #4). However, on August 31, 2011, Plaintiff filed a notice of a change of address which indicates that he has been released from custody (docket entry #44).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. Accordingly, if Plaintiff wishes to proceed with this lawsuit, he is directed to, no later than 30 days after the entry of this order, resubmit an IFP application which reflects his free-world financial status, or to pay the full $350.00 filing fee. Plaintiff's failure to do so will result in the recommended dismissal of this action, without prejudice.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk is directed to forward an IFP application to Plaintiff.

2.     Plaintiff is directed to submit, no later than 30 days after the entry of this order, either the full $350.00 statutory filing fee, or to complete and sign the IFP application, and file it. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

DATED this  15  day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE