**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ANTHONY HICKS                                                                                                    PLAINTIFF

V.                                      NO: 2:11CV00085 JMM/HDY

WENDY KELLEY *et al.*                                                                                 DEFENDANTS

**ORDER**

Plaintiff filed this complaint on April 28, 2011, and service was ordered. On September 14, 2011, the summons was returned unexecuted as to Defendant Walter Holloway (docket entry #46). Service had been attempted in the care of counsel for the prison's medical contractor, but was returned because Holloway is no longer employed there. However, counsel provided and filed under seal Holloway's last known address, as well as his first name. Accordingly, service for Holloway will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to change the style of the case to reflect the correct name of Defendant Walter Holloway.

2.      Holloway's last known address shall not be made part of any public record.

3.      The Clerk of the Court shall prepare a summons for Holloway, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), amended complaint (docket entry #18), and this order, on Holloway, at the address provided under seal, without prepayment of fees and costs or security therefor.

4.      Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the

address prior to forwarding a copy to Plaintiff.

    DATED this ___15___ day of September, 2011.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE