# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

ANTHONY HICKS                                                                            PLAINTIFF

V.                                    NO: 2:11CV00085 JMM/HDY

WENDY KELLEY *et al.*                                                 DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Crowell are DISMISSED WITHOUT PREJUDICE, and Crowell's name is removed as a party Defendant.

DATED this 12th day of October, 2011.

                                                                        _James M. Moody_
                                                                        UNITED STATES DISTRICT JUDGE