**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ANTHONY HICKS                                                                    PLAINTIFF

V.                                    NO: 2:11CV00085 JMM/HDY

WENDY KELLEY *et al.*                                                          DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Walter Holloway are DISMISSED WITHOUT PREJUDICE, and Holloway's name is removed as a party Defendant.

DATED this 16th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE