### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

ANTHONY HICKS                                                             PLAINTIFF

V.                          NO: 2:11CV00085 JMM/HDY

WENDY KELLEY *et al.*                                   DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Ruthie Bernice Tate are DISMISSED WITHOUT PREJUDICE, and Tate's name is removed as a party Defendant.

DATED this 31st day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE