**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

ANTHONY HICKS                                                                                           PLAINTIFF

V.                                     NO: 2:11CV00085 HDY

WENDY KELLEY *et al.*                                                                              DEFENDANTS

## ORDER

On January 23, 2012, the Court entered an order scheduling this matter for a pre-jury evidentiary hearing on April 23, 2012 (docket entry #79). That order also directed Plaintiff to file a notice of his intent to continue with the prosecution of this case, along with a statement of facts and a list of any witnesses proposed for the hearing, no later than February 23, 2012. Plaintiff was warned that his failure to provide a notice of his intent to continue with the prosecution of the case and a statement of facts could result in the dismissal of his complaint. To date, Plaintiff has not responded to the order. However, in light of Plaintiff's *pro se* status, he will be granted an additional 14 days to respond.

IT IS THEREFORE ORDERED THAT Plaintiff file a notice of his intent to continue with the prosecution of this case, along with a statement of facts, and a list of any proposed witnesses for the hearing, no later than 14 days after the entry of this order. Plaintiff's failure to do so will result in the dismissal of his complaint.

IT IS SO ORDERED this   24   day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE